```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
G & G CLOSED CIRCUIT EVENTS, LLC,           :
:
Plaintiff,           :            1:24-cv-5435-GHW
:
-v -           :            ORDER
:
DAVID DISHI, *individually and doing business as*  :
*La Casa Del Mofongo, and* LA CASA DEL           :
MOFONGO 207 LLC, *an unknown business entity*  :
*doing business as La Casa Del Mofongo*,           :
:
Defendants.           :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

In the Court's order dated July 19, 2024, Dkt. No. 3, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 12, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's July 19, 2024 order forthwith and in any event no later than September 16, 2024.

SO ORDERED.

Dated: September 13, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge